**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| MICHEAL WELCH, *individually and on behalf of others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>WELLABE ENTERPRISE GROUP, INC., D/B/A GREAT WESTERN INSURANCE COMPANY,<br><br>Defendant. | CASE NO. 6:24-cv-00234-WWB-DCI |

## JOINT MOTION TO CONTINUE IDEAL SCHEDULING CONFERENCE OR IN THE ALTERNATIVE VACATE THE IDEAL SCHEDULING CONFERENCE

Plaintiff Michael Welch ("Welch") and Defendant Great Western Insurance Company, incorrectly named as Wellabe Enterprise Group, Inc. d/b/a Great Western Insurance Company, ("Great Western") (together, the "Parties") respectfully request that this Court continue the current IDEAL Case Management Conference set for March 26, 2024 at 10:00am before Magistrate Judge Irick. Plaintiff's counsel has a scheduled in-person mediation on that day and will be unable to attend.

If the Court does continue the Scheduling Conference, the Parties request that the Case Management Conference be held by telephone or video conference. Counsel for Plaintiff reside in California. Except for Ms. McKee, counsel for Defendant reside in Illinois, Indiana, and New Jersey. Ms. McKee resides in Fort Myers, outside of the Orlando Division where Magistrate Judge Irick is located. While counsel for the Parties are fully prepared to travel to the Middle District of Florida (and the Orlando Division more

1

specifically) to represent the Parties in this matter, counsel seek to participate through telephone or video conference in this limited instance. The Parties do not believe that participation by telephone or video conference will interfere with the efficiency or integrity of the Case Management Conference. Further, conducting the Case Management Conference by telephone or video conference will conserve resources and avoid the unnecessary time and expense that will otherwise be incurred if counsel for the Parties are required to travel to Orlando.

Additionally, the Parties have conferred, and based on the scope and complexity of this case, the Parties believe that it is not appropriate for the IDEAL program. The IDEAL program was specifically created "for cases that the Court has identified as not requiring *lengthy and expensive pretrial and trial proceedings.*" *See* ECF 5. However, this case will involve various pretrial issues such as third-party discovery, alleged putative class certification, and the potential addition of new defendants and/or third-party defendants, which negate the utility of the accelerated timelines and limited discovery outlined in the IDEAL program. Thus, the Parties request that the case be continued on a standard track and that the Parties be ordered to file a standard case management report to the Court under Local Rule 3.02

WHEREFORE, the Parties respectfully request that this Court continue the current Case Management Conference set before Magistrate Judge Irick, and that the Case Management Conference be held by telephone or video conference. The Parties also request in the alternative that this case be moved to a standard track and the Parties be ordered to comply with Local Rule 3.02.

**Local Rule 3.01(g) Certification**

On March 8, 2024, counsel for Parties conferred and neither party objects to the relief requested in this joint motion.

| | |
|---|---|
| Dated: March 19, 2024 | Respectfully Submitted, |
| /s/Ryan L. McBride | /s/ Emanuel L. McMiller |
| Ryan L. McBride (FL# 1010101)<br>KAZEROUNI LAW GROUP, APC<br>2221 Camino Del Rio S., #101<br>San Diego, California 92108<br>Tel: (800) 400-6808<br>Fax: (800) 520-5523<br>ryan@kazlg.com | Traci T. McKee (FL #53088)<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>1500 Jackson Street, Suite 201<br>Fort Myers, Florida 33901<br>Tel: (239) 286-6900<br>Fax: (239) 244-9053<br>traci.mckee@faegredrinker.com |
| Mohammad Kazerouni (FL# 1034549)<br>KAZEROUNI LAW GROUP, APC<br>245 Fischer Ave., Suite D1<br>Costa Mesa, California 92626<br>Tel: (800) 400-6808<br>Fax: (800) 520-5523<br>mike@kazlg.com | Emanuel L. McMiller (FL #1025242)<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>300 N. Meridian Street, Suite 2500<br>Indianapolis, Indiana 46204<br>Tel: (317) 237-0300<br>Fax: (317) 237-1000<br>manny.mcmiller@faegredrinker.com |
| *Attorneys for Plaintiff Micheal Welch* | Justin O. Kay (*admitted pro hac vice*)<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>320 South Canal Street, Suite 3300<br>Chicago, Illinois 60606<br>Tel: (312) 569-1000<br>Fax: (312) 569-3000<br>justin.kay@faegredrinker.com |
| | Paul A. Rosenthal (*admitted pro hac vice*)<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>600 Campus Drive<br>Florham Park, New Jersey 07932<br>Tel: (973) 549-7000<br>Fax: (973) 360-9831<br>paul.rosenthal@faegredrinker.com |
| | *Attorneys for Great Western Insurance Company, incorrectly named as Wellabe Enterprise Group, Inc. d/b/a Great Western Insurance Company* |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2024, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Ryan L. McBride*
Ryan L. McBride